01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,         )   CASE NO. 05-427M
                                      )
09         Plaintiff,                 )
                                      )
10         v.                         )
                                      )   DETENTION ORDER
11  KENDALL S. GEORGE,                )
                                      )
12         Defendant.                 )
    _____ )

13

14  Offense charged:

15         Conspiracy; Dealing Firearms Without a License

16  Date of Detention Hearing:    April 3, 2006

17         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21         FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22         (1)    Defendant is charged by Complaint with conspiracy to export defense articles

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                                Rev. 1/91
PAGE 1

01   without a license, and with exporting firearms to Canada without an export license.

02          (2)      Defendant is a U.S. citizen residing in Canada with his wife.  The defendant and

03   his wife provided conflicting information about their current and prior residence addresses in

04   Canada.  The AUSA proffers that when the underlying investigation culminated in August 2005

05   and the defendant became aware of pending charges, he and his wife moved from the residence.

06   He was not located until his arrest in late March 2006 while attempting to cross the border into

07   the United States with his mother.  His mother was unable to verify his current address.  The

08   AUSA also alleges that when made aware of pending charges, the defendant stopped using his

09   usual vehicles to cross the border in order to avoid detection. There are also discrepancies in the

10   report of the defendant's employment history between that relayed by the defendant and by his

11   wife.

12          (3)      The AUSA alleges that the defendant has been involved in marijuana and cocaine

13   trafficking between the United States and Canada, and further alleges that the defendant is at the

14   top of a chain of individuals bringing firearms into Canada for distribution to motorcycle gangs.

15          (4)      The defendant poses a risk of nonappearance due to his lack of ties to this

16   community and his ties to Canada, the discrepancy in reported information about his residence and

17   employment, as well as allegations that he was eluding arrest after charges were filed in August

18   2005.  He poses a risk of danger based on the nature of the charges.

19          (5)      There does not appear to be any condition or combination of conditions that will

20   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

21   to other persons or the community.

22   / / /

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                                  Rev. 1/91
PAGE 2

It is therefore ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  3rd  day of April, 2006.


Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91